Certificate Number: 05781-PAE-DE-034556964

Bankruptcy Case Number: 16-16672



05781-PAE-DE-034556964

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2020, at 9:40 o'clock PM PDT, Andy Thai completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 12, 2020            By:    /s/Allison M Geving

                                Name:  Allison M Geving

                                Title: President