```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania

In re:                                                        Case No. 16-16672-amc
Andy Thai                                                     Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2          User: DonnaR           Page 1 of 2           Date Rcvd: Aug 13, 2020
                              Form ID: 138NEW        Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Andy Thai,    1833 S. 16th Street,    Philadelphia, PA 19145-2202
13795355      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
13795356       Bank of America,    PO Box 15019,    Louisville, KY 40285-5350
13882580      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13795357       Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
13803975      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: CITI Cards,    1500 Boltonfield Street,    Columbus, OH 43228)
13795358       Citibank,    P.O. Box 6305,    The Lakes, NV 88901-6305
14040077      +Kevin G. Mcdonald, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13807095      +TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,    ADDISON, TEXAS 75001-9013
13795361      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Lexus Financial Services,    PO Box 790069,
                 Saint Louis, MO 63179-0069)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Aug 14 2020 05:14:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 05:14:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2020 05:14:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:19:31     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13803977       E-mail/Text: Bankruptcy.RI@Citizensbank.com Aug 14 2020 05:14:04     Citizens Bank,
                 PO Box 7000,    Providence, RI 02940
13839166       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 05:17:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13795362       E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 05:17:11     Lowe's/Sychrony Bank,
                 PO BOx 530914,    Atlanta, GA 30353-0914
13824885      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 05:14:37     MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13883596       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2020 05:19:37
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13795911       E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2020 05:18:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13803972*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019)
13803973*      Bank of America,    PO Box 15019,    Louisville, KY 40285-5350
13803974*      Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
13795360*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
13803979*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
13803978*     ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                 JOHNSTON RI 02919-1922
                 (address filed with court: Citizens Bank,    PO Box 7000,    Providence, RI 02940)
13795359*      Citibank,    P.O. Box 6305,    The Lakes, NV 88901-6305
13803976*      Citibank,    P.O. Box 6305,    The Lakes, NV 88901-6305
13803981*      Lowe's/Sychrony Bank,    PO BOx 530914,    Atlanta, GA 30353-0914
13808117*     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
13803980*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: Lexus Financial Services,    PO Box 790069,
                 Saint Louis, MO 63179-0069)
                                                                                TOTALS: 0, * 11, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2           User: DonnaR                 Page 2 of 2                   Date Rcvd: Aug 13, 2020
                               Form ID: 138NEW              Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
          JEREMY JOHN KOBESKI    on behalf of Creditor    Toyota Motor Credit jkobeski@grenenbirsic.com
          JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          ZACHARY  PERLICK    on behalf of Debtor Andy   Thai Perlick@verizon.net,  pireland1@verizon.net
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andy Thai

       Debtor(s)                                      Bankruptcy No: 16−16672−amc

                                                                         Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                   900 Market Street
                      Suite 400
               Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                             For The Court
                                                                   Timothy B. McGrath
                                                                      Clerk of Court

Dated: 8/13/20

                                                                                                                         53 − 52
                                                                                              Form 138_new