United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16672-amc
Andy Thai                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR          Page 1 of 1            Date Rcvd: Sep 11, 2020
                         Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2020.
db            +Andy Thai,   1833 S. 16th Street,   Philadelphia, PA 19145-2202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
      JEREMY JOHN KOBESKI    on behalf of Creditor    Toyota Motor Credit jkobeski@grenenbirsic.com
      JEROME B. BLANK    on behalf of Creditor    Toyota Motor Credit Corporation paeb@fedphe.com
      KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      ZACHARY PERLICK    on behalf of Debtor Andy  Thai Perlick@verizon.net, pireland1@verizon.net
                                                                                                                                                TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Andy Thai : Case No. 16−16672−amc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , September 10, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court